## PROPOSED ORDER/COVER SHEET

TO:     **Honorable Nandor J. Vadas**          RE:     **Eller, Kenneth**
        **U.S. Magistrate Judge**

FROM:   **Claudette M. Silvera, Chief**        **DOCKET NO.:**   **CR06-0735**
        **U.S. Pretrial Services Officer**

DATE:   **March 9, 2007**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Taifa Gaskins**                          **510-637-3756**
**U.S. Pretrial Services Officer**         **TELEPHONE NUMBER**

**RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _3/20/07_____ at _1:00 p.m._____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____  Presiding  District Court Judge_____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s)

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐  Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER**                       _3/20/07_
                                           **DATE**

**Cover Sheet** (12/03/02)