```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH ELLER,<br><br>    Defendant.<br>_____ | CR No.: 06-0735 MAG<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME |

On April 9, 2007, the parties in this case appeared before the Court for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from April 9, 2007 through April 16, 2007, for continuity of counsel and for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

Stipulation and [Proposed] Order

1  Also at the April 9, 2007 hearing, the parties stipulated that there are a total of fifty-five days
2  remaining for purposes of calculating the right of the defendant and the public to a speedy trial
3  under 18 U.S.C. § 3161. The parties further stipulate that taking into account the exclusion of
4  time from April 9, 2007 through April 16, 2007, the speedy trial date is June 11, 2007.

6  SO STIPULATED:

7                                                  SCOTT N. SCHOOLS
                                                United States Attorney

9  DATED: 4/11/2007    /s/ Derek R. Owens
10  _____    _____
                                           DEREK R. OWENS
                                           Special Assistant United States Attorney

12  DATED: 04/13/07    /s/ Neil I. Sanders
13  _____    _____
                                           NEIL I. SANDERS
                                           Attorney for Kenneth Eller

16  As the Court found on April 9, 2007, and for the reasons stated above, the Court finds that an
17  exclusion of time from April 9, 2007 through April 16, 2007, is warranted and that the ends of
18  justice served by the continuance outweigh the best interests of the public and the defendant in a
19  speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance
20  would deny defense counsel the reasonable time necessary for effective preparation, taking into
21  account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C.
22  §3161(h)(8)(B)(iv).
23  The Court also finds there are fifty-five days remaining for purposes of calculating the right
24  //
25  //
26  //
27  //
28  //

Stipulation and [Proposed] Order

1  of the defendant and the public to a speedy trial under 18 U.S.C. § 3161, and therefore the
2  speedy trial date is June 11, 2007.
3
4  SO ORDERED.
5
   DATED: 4/16/07
6  _____          _____
                                    THE HON. NANDOR J. VADAS
7                                   United States Magistrate Court Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order