BARRY J. PORTMAN
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
STEVEN J. KOENINGER
Research and Writing Attorney
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant-Appellant ELLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-06-0735 MHP |
|---|---|
| Plaintiff-Appellee, | ) STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR APPELLATE BRIEFING |
| v. | ) |
| KENNETH ELLER, | ) |
| Defendant-Appellant. | ) |

On November 7, 2006, Defendant-Appellant Kenneth Eller was charged in a one-count Information with the taking of a marine mammal in violation of 16 U.S.C. § 1327(a)(2), a Class A misdemeanor. Following a jury trial in June 2007, Mr. Eller was convicted of the sole count charged in the Information.

On October 15, 2007, the United States Magistrate Judge Nandor J. Vadas sentenced Mr. Eller to a nine-month term of custody and ordered that the sentence be stayed pending appeal. Mr. Eller timely filed a notice of appeal that same day, and the case was later reassigned to this Court for purposes of the appeal. All requested court transcripts have been recently completed and filed with the district court.

Government counsel and counsel Mr. Eller have met and conferred regarding a briefing

calendar for this appeal, and have agreed upon the following:

- Mr. Eller shall file his opening brief and excerpts of record on March 24, 2008;
- The government shall file its responsive briefing and any supplemental excerpts of record on May 5, 2008; and
- Mr. Eller shall file his reply brief, if any, on May 19, 2008.

The parties also request that, upon completion of briefing, the Court set a date for oral argument as it deems appropriate.

IT IS SO STIPULATED.

DATED: January 31, 2008      _____/s/_____
                             DEREK OWENS
                             Assistant United States Attorney

DATED: January 31, 2008      _____/s/_____
                             ELIZABETH FALK
                             Counsel for KENNETH ELLER

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court adopts the proposed appellate briefing calendar set forth above. Following the completion of briefing, the Court will set a date for oral argument as it deems appropriate.

**IT IS SO ORDERED.**

DATED: 2/1/2008      _____
                     MARILYN H. PATEL
                     United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*